IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Arena Holding Charitable, LLC, a Delaware Limited Liability Company; and RE Arena Inc., a Nevada Foreign Corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Harman Professional, Inc., a Delaware Corporation; and Harman International Industries, Incorporated, a Delaware Corporation, | ) ) ) ) | Case No. 1:12-cv-031 |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| Impulse Group, Inc.; Impulse Group, LLC; HB Sound & Light, Inc.; and ON Semiconductor Corporation, | ) ) ) ) | |
| Third-Party Defendants. | ) | |

Before the court is a motion for attorney Christopher P. Malone to appear *pro hac vice* on behalf of Third-Party Defendant HB Sound & Light, Inc. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Malone has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 58) is **GRANTED**. Attorney Malone is admitted to practice before this court in the above-entitled action on behalf of Third-Party Defendant HB Sound & Light, Inc.

**IT IS SO ORDERED.**

Dated this 4th day of November, 2013.

                                                            */s/ Charles S. Miller, Jr.*
                                                            Charles S. Miller, Jr.
                                                            United States Magistrate Judge