**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Arena Holdings Charitable, LLC, a Delaware limited liability company, and RE Arena, Inc., a Nevada Foreign corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE SETTLEMENT CONFERENCE** |
| vs. | ) ) | |
| Harman Professional, Inc., a Delaware corporation, and Harman International Industries, Incorporated, a Delaware corporation, | ) ) ) ) | Case No. 1:12-cv-031 |
| Defendants and Third-Party Plaintiffs | ) ) ) | |
| vs. | ) ) | |
| Impulse Group, Inc., Impulse Group LLC, HB Sound & Light, Inc., and ON Semiconductor Corporation, | ) ) ) ) | |
| Third-Party Defendants. | ) | |

_____

In response to the most recent requests regarding non-attendance of insurance company representatives, insurance company representatives will not be required to appear in person, but any insurance company representatives not attending must make themselves fully available by phone for active participation in the settlement conference beginning at 9:00 a.m. central time on the morning of the settlement conference for a general session involving everyone and anytime thereafter during individual discussion with the parties when the court wants to speak to them with their attorney. In other words, the court will not tolerate a situation where it can only speak with the attorney and then the attorney calls to speak to the insurance company representative whenever that person can be reached. The court will not be put in the position of a car buyer who can only talk to

the salesperson and not the general manager.  Failure to comply with this order will likely result in the imposition of sanctions that may include paying the travel costs and time of all other persons involved.

    Dated this 18th day of February, 2014.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court