# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Arena Holdings Charitable, LLC, a Delaware limited liability company, and RE Arena, Inc., a Nevada Foreign corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER GRANTING STAY OF PROCEEDINGS** |
| vs. | ) ) | |
| Harman Professional, Inc., a Delaware corporation, | ) ) ) | Case No. 1:12-cv-031 |
| Defendant and Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| Impulse Group, Inc.; Impulse Group, LLC; HB Sound & Light, Inc.; and ON Semiconductor Corporation, | ) ) ) ) | |
| Third-Party Defendants. | ) | |

On March 12, 2014, the Court entered summary judgment in favor of the Defendant Harman Professional, Inc. ("Harman") and against the Plaintiffs. See Docket No. 90. The Plaintiffs filed a notice of appeal on April 10, 2014. See Docket No. 100. On July 8, 2014, the Court directed the entry of a cost judgment in favor of Harman and against the Plaintiffs in the amount of $12,381.53. See Docket No. 105. An amended judgment reflecting the award of costs was entered the same day. See Docket No. 106.

Now before the Court is the Plaintiffs' unopposed motion for a stay of proceedings under Rule 62(d) of the Federal Rules of Civil Procedure filed on July 18, 2014. See Docket No. 107. The Plaintiffs request the Court stay execution of Harman's cost judgment and direct the Plaintiffs to file a supersedeas bond in the amount of the cost judgment, $12,381.53, within

fifteen (15) days of the date of the Court's order granting the stay. Harman is unopposed to the motion.

For good cause shown, the Court **GRANTS** the motion for stay of proceedings (Docket No. 107) and **ORDERS**:

1) The execution of the cost judgment is stayed;

2) The Court approves a supersedeas bond in the amount of the cost judgment as permitted by Federal Rule of Civil Procedure 62(d); and

3) The Plaintiffs are directed to file a supersedeas bond with the Court in the amount of $12,381.53 within fifteen (15) days of the date of this order.

**IT IS SO ORDERED**.

Dated this 30th day of July, 2014.

                                               */s/ Daniel L. Hovland*
                                               Daniel L. Hovland, District Judge
                                               United States District Court